# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Evergy Missouri West, Inc., & Evergy Metro, Inc. <br><br> Petitioners, <br><br> v. <br><br> Federal Energy Regulatory Commission, <br><br> Respondent. | Case Nos. 23-2688 & 23-1175 <br> (Consolidated) |

## UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

Evergy Missouri West, Inc. and Evergy Metro, Inc. (collectively, the "Evergy Utilities") pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure hereby move for voluntary dismissal of their own petitions in these consolidated cases. Each party will bear its own costs and fees. The parties in these cases have not yet submitted briefing, and the Court has not yet scheduled oral argument.

Counsel for Petitioners has contacted counsel for respondent Federal Energy Regulatory Commission ("FERC") and FERC does not oppose this motion. There are no other parties in these consolidated cases.

Respectfully submitted,

*/s/ John Daniel Skees*

| | |
|---|---|
| Cathryn J. Dinges | John Daniel Skees |
| Senior Director and Regulatory Affairs Counsel | Patrick R. Pennella |
| | Morgan, Lewis & Bockius LLP |
| Evergy, Inc. | 1111 Pennsylvania Avenue NW |
| 818 S. Kansas Ave., P.O. Box 889 | Washington, DC 20004 |
| Topeka, Kansas 66601 | (202) 739-5834/5062 |
| (785) 575-8344 | daniel.skees@morganlewis.com |
| cathy.dinges@evergy.com | patrick.pennella@morganlewis.com |

*Counsel for Evergy Missouri West, Inc. and Evergy Metro, Inc.*

Dated: August 30, 2023

# CERTIFICATE OF COMPLIANCE

Pursuant to Rule 32(g) of the Federal Rules of Appellate Procedure, I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 98 words, excluding the parts exempted by Rule 32(f), according to the count of Microsoft Word.

I further certify, pursuant to Rule 27(d)(1)(E) of the Federal Rules of Appellate Procedure, that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in Century Schoolbook 14-point font using Microsoft Word 365.

> */s/ John Daniel Skees*
> John Daniel Skees
> Morgan, Lewis & Bockius LLP
> 1111 Pennsylvania Avenue NW
> Washington, DC 20004
> (202) 739-5834
> daniel.skees@morganlewis.com

## **CERTIFICATE OF SERVICE**

Pursuant to Rules 25(c) and 25(d) of the Federal Rules of Appellate Procedure, and Eighth Circuit Local Rule 25A, I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system on August 30, 2023. Participants in the case will be served by email through the Court's CM/ECF system.

/s/ *John Daniel Skees*
John Daniel Skees
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004
(202) 739-5834
daniel.skees@morganlewis.com